UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE PALM, | No. 2:25-cv-2280 AC P |
| Plaintiff, | |
| v. | |
| C. PFEIFFER, et al., | ORDER |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. The complaint alleges that five defendants, C. Pfeiffer, Kai Ching-Jeng, E. Perez, J. Guerra, and John Doe #1, all of whom appear to be employed at Wasco State Prison ("WSP"), violated plaintiff's constitutional rights. Id. at 1-3, 12-14. Specifically, plaintiff alleges that each defendant knew African American inmates were at serious risk of contracting Valley Fever if housed at WSP, knew plaintiff was African American, knew plaintiff had concerns about contracting Valley Fever, and did nothing to lessen the substantial risk to his health and safety. Id. at 5-6, 15-20. He also alleges that defendant Ching-Jeng misdiagnosed him. Id. at 17.

The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: August 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2